# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DALE PERKINS, | : | |
|    Plaintiff, | : | Case No. 3:11cv00188 |
|    -vs- | : | District Judge Timothy S. Black |
| | | Magistrate Judge Michael R. Merz |
| TEKNI-PLEX, INCORPORATED, | : | |
| d/b/a Dolco Packaging, | | |
| | : | |
|    Defendant. | | |
| | : | |

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman solely for the purpose of conducting the mediation. The appointed Mediator shall have full authority to conduct the mediation and shall report to United States District Judge Timothy S. Black and United States Magistrate Judge Michael R. Merz whether or not it has resulted in settlement of this case.

April 25, 2012

                                                            s/Sharon L. Ovington
                                                         Sharon L. Ovington
                                       United States Magistrate Judge
                                          and  ADR Coordinator